| | |
|---|---|
| J. Donald McCarthy (SBN 69864) | Edward J. DeFranco (SBN 165596) |
| Audra L. Thompson (SBN 218479) | **QUINN EMANUEL** |
| **DUANE MORRIS LLP** | 51 Madison Avenue, 22nd Floor |
| 865 S. Figueroa Street, Suite 3100 | New York, New York 10010 |
| Los Angeles, CA 90017-5450 | Telephone: (212) 849-7000 |
| Telephone: (213) 689-7400 | Facsimile: (212) 849-7100 |
| Facsimile: (213) 689-7401 | Email: eddefranco@quinnemanuel.com |
| E-mail: jdmccarthy@duanemorris.com | |
| athompson@duanemorris.com | Mary A. Tuck (SBN 187113) |
| | Omer Salik (SBN 223056) |
| Gregory M. Luck (SBN 163750) | **ACTIVISION PUBLISHING, INC.** |
| **DUANE MORRIS LLP** | 3100 Ocean Park Blvd. |
| 1330 Post Oak Blvd., Suite 800 | Santa Monica, CA 90405 |
| Houston, Texas 77056-3166 | Telephone: (213) 255-2000 |
| Telephone: (713) 402-3900 | Facsimile: (213) 255-1212 |
| Facsimile: (713) 402-3901 | Email: mary.tuck@activision.com |
| E-mail: gmluck@duanemorris.com | omer.salik@activision.com |
| | |
| Attorneys for Plaintiff Princeton Digital Image Corporation | Attorneys for Defendant Activision Publishing, |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

JS-6

| | |
|---|---|
| PRINCETON DIGITAL IMAGE CORPORATION, | Case No. |
| Plaintiff, | CV 12-01134 DDP (MANx) |
| v. | **ORDER ON STIPULATION OF DISMISSAL WITH PREJUDICE** |
| ACTIVISION PUBLISHING, INC., | |
| Defendant. | |
| | Complaint filed: Feb. 9, 2012 |

1  In consideration of Plaintiff Princeton Digital Image Corporation and Defendant
2  Activision Publishing, Inc.'s Stipulation of Dismissal with Prejudice of all claims
3  between Plaintiff and Defendant in the present action, it is hereby ORDERED,
4  ADJUDGED, AND DECREED that all claims asserted in this action by Plaintiff
5  against Defendant are hereby dismissed with prejudice.  Each party to bear its own
6  costs and attorney's fees.

**IT IS SO ORDERED**.

Dated: October 05, 2012

Honorable Dean D. Pregerson
United States District Judge